# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROBERT NEIL CORONADO,

    Plaintiff,

v.     No. CV 18-0205 RB/CG

FNU PARALTA, et al.,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff Robert Neil Candelaria's *Writ of Mandamus*, (Doc. 1), filed March 1, 2018. In his Writ of Mandamus, Plaintiff appears to raise civil rights claims pursuant to 42 U.S.C. § 1983 regarding the medical care and conditions of his confinement at Central New Mexico Correctional Facility. (Doc. 1 at 2-6); *see also* (Doc. 2 at 1). However, Plaintiff's filing is not on the proper form. If Plaintiff wishes to pursue his civil rights claims, he must complete and return the Court's form. The Clerk of the Court will be directed to mail to Plaintiff a form Prisoner Civil Rights complaint, with instructions.

Papers filed in response to this Order must include the civil action number (No. 18-CV-0205 RB/CG). Failure to cure the designated deficiency by **April 5, 2018** may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above by **April 5, 2018**;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Plaintiff, together with a copy of this Order, a form Prisoner Civil Rights Complaint, with instructions.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE